Amelia **REYES–JIMENEZ,** Petitioner,

v.

Eric H. **HOLDER,** Jr., Attorney General, Respondent.

No. 09–74083.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 21, 2012.*

Filed Feb. 29, 2012.

Lynn Marcus, Esquire, Nina Rabin, University of Arizona, College of Law Immigration Law Clinic, Tucson, AZ, Kristin Linsley Myles, Esquire, Gabriel P. Sanchez, Esquire, Munger Tolles & Olson, LLP, San Francisco, CA, for Petitioner.

Dana Michelle Camilleri, OIL, Drew Brinkman, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

MEMORANDUM **

Petitioner Amelia Reyes–Jimenez, a native and citizen of Mexico, petitions for review of a Board of Immigration Appeals order dismissing her appeal from an immigration judge's denial of her application for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Reyes–Jimenez failed to show exceptional and extremely unusual hardship to her U.S. citizen children. 8 U.S.C. § 1252(a)(2)(B); *Mendez–Castro v. Mukasey,* 552 F.3d 975, 979 (9th Cir.2009).

Reyes–Jimenez's contention that the agency failed to properly consider and weigh all evidence of hardship under the proper legal standard does not raise a colorable legal or due process claim. *Martinez–Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir.2005).

**PETITION FOR REVIEW DISMISSED.**

Before: FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

